JAMES H. VISER, APPELLANT, vs. GEORGE BOOKER, JR., WARBURTON S. WARNER AND HELEN C. G. WARNER, APPELLEES.

Appeal from Circuit Court Manatee county.

*Lucius Finley*, for Appellant.

No appearance for Appellees.

The bill in this case was filed by the appellant against the appellees. There was decree sustaining demurrer to the bill of complaint, and the complainant appeals. The decree is affirmed, but without prejudice to other or further proceedings.

Decision Per Curiam.